# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**

**September Term, 2025**

**EPA-91FR7686**

**Filed On: June 16, 2026** [2179147]

American Public Health Association, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

American Free Enterprise Chamber of
Commerce, et al.,
          Intervenors
------------------------------

Consolidated with 26-1038, 26-1039,
26-1043, 26-1051, 26-1061, 26-1083,
26-1090

## O R D E R

Upon consideration of the unopposed motion for extension of time to file reply in support of motion to complete the administrative record, it is

**ORDERED** that the motion for extension of time be granted. The reply is now due June 29, 2026.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY:   /s/
         Catherine J. Lavender
         Deputy Clerk