ORAL ARGUMENT NOT YET SCHEDULED
No. 26-1037 (and consolidated cases)

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN PUBLIC HEALTH ASSOCIATION, ET AL.,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondents.*

On Petition for Review of a Final Rule of the Environmental Protection Agency
(No. EPA-91FR7686)

**UNOPPOSED MOTION OF THE ALLIANCE FOR AUTOMOTIVE
INNOVATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN
OPPOSITION TO THE YOUTH PETITIONERS' MOTION FOR STAY**

Rachel Levick, D.C. Bar No. 1024969
Aly Cox, D.C. Bar No. 1780473*
Laura Stanley, D.C. Bar No. 90008623
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Tel.: 202-887-3574
rlevick@gibsondunn.com
acox@gibsondunn.com
lstanley@gibsondunn.com

*\*Application for Admission Pending*

*Counsel for* Amicus Curiae *Alliance for Automotive Innovation*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 15(c)(6) and 26.1, the Alliance for Automotive Innovation certifies that it is a not-for-profit trade association of motor vehicle manufacturers, original equipment suppliers, and technology and other automotive-related companies.  The Alliance for Automotive Innovation operates for the purpose of promoting the general commercial, professional, legislative, and other common interests of its members.  The Alliance for Automotive Innovation does not have any outstanding shares or debt securities in the hands of the public, nor does it have a parent company.  No publicly held company has a 10% or greater ownership interest in the Alliance for Automotive Innovation.

## CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), the Alliance for Automotive Innovation submits this certificate of persons who are currently parties, intervenors, or amici:

### 1. Parties

- Petitioners in No. 26-1037: American Public Health Association; Alliance of Nurses for Healthy Environments; American Lung Association; Center for Biological Diversity; Center for Community Action and Environmental Justice; Clean Air Council; Clean Wisconsin; Conservation Law Foundation; Environmental Defense Fund; Environmental Law & Policy Center; Friends of the Earth; Natural Resources Defense Council, Inc.; Physicians for Social Responsibility; Public Citizen; Rio Grande International Study Center; Sierra Club; Union of Concerned Scientists.

- Petitioners in No. 26-1038: Elena Venner; Ariela Lara; Emma Weibel; Katherine McIntosh; Lienna Lentfer; Maya Williams; Taylin Nishida; C.E., a minor, by and through her guardian B.K.; E.S., a minor, by and through his guardian K.S.; J.K., a minor, by and through his guardian L.K.; J.G., a minor, by and through her guardian T.L.; L.R.F., a minor, by and through her guardian A.F.; L.D. and R.D., minors, by and through their guardian S.D.; M.B., a minor, by and through her guardian G.M.; M.D., a minor, by and through her guardian S.A.; N.N., a minor, by and through his guardian K.S.N.; N.G., a minor, by and through her guardian E.G. ("Youth Petitioners").

- Petitioner in No. 26-1039: Business Climate Initiative Action d/b/a Zero Emission Transportation Association.

- Petitioners in No. 26-1043: Metropolitan Congregations United for St. Louis and Missouri Coalition for the Environment.

- Petitioner in No. 26-1051: Service Employees International Union.

- Petitioners in No. 26-1061: Commonwealths of Massachusetts and Virginia; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; States of Arizona, California, Colorado, Connecticut,

Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, Wisconsin; District of Columbia; United States Virgin Islands; Cities of Albuquerque, New Mexico; Boston, Massachusetts; Chicago, Illinois; Cleveland, Ohio; Columbus, Ohio; Los Angeles, California; and New York, New York; Counties of Harris, Texas; Martin Luther King, Jr., Washington; and Santa Clara, California; and Cities and Counties of Denver, Colorado, and San Francisco, California (State and Local Government Petitioners).

- <u>Petitioners in No. 26-1083</u>: Alaska Institute for Justice, Chesapeake Bay Foundation, Chinik Eskimo Community, Native Village of Kwinhagak, Native Village of Nunapitchuk, Northeast Organic Farming Association of New York, WE ACT, West Virginia Highlands Conservancy, Wyoming Outdoor Council, Hoosier Environmental Council, Illinois Environmental Council, Iowa Environmental Council, Minnesota Environmental Partnership, Ohio Environmental Council, and Food & Water Watch.

- <u>Petitioner in No. 26-1090</u>: Bay Area Air Quality Management District.

- <u>Respondents in these consolidated cases</u>: The EPA and EPA Administrator Lee M. Zeldin, in his official capacity.

- <u>Intervenors at the time of this filing in these consolidated cases</u>: State of West Virginia; Commonwealth of Kentucky; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Missouri; State of Mississippi; State of Montana; State of Nebraska; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; State of Wyoming; Domestic Energy Producers Alliance; Western States Trucking Association, Inc.; Construction Industry Air Quality Coalition, Inc.; Liberty Packing Company, LLC.; Nuckles Oil Company, Inc.; Truck and Engine Manufacturers Association; National Federation of Independent Business; American Free Enterprise Chamber of Commerce; Illinois Corn Growers Association; Iowa Corn Growers Association; Kentucky Corn Growers Association; Missouri Corn Growers Association; North Dakota Corn Growers Associations; Tennessee Corn Growers Association; NACCO Natural Resources Corporation; CO2 Coalition; American Petroleum Institute; American Fuel & Petrochemical Manufacturers; Energy Marketers of America.

- <u>Amici Curiae at the time of this filing in these consolidated cases:</u> Government Accountability & Oversight and Government Oversight & Education, d/b/a Protect the Public's Trust; and Senators Ted Cruz and Cynthia M. Lummis.

## 2. Rulings

The final agency action under review is the EPA final rule entitled *Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act*, 91 Fed. Reg. 7,686 (Feb. 18, 2026).

## 3. Related Cases

This case has not previously been before this Court or any other court.

The EPA rule challenged by Petitioners in this case repeals EPA rules setting greenhouse gas ("GHG") emissions standards for vehicles and engines that were challenged by petitioners in three cases currently pending in this Court:

- *Nebraska v. EPA*, No. 24-1129 (D.C. Cir.) (challenging Greenhouse Gas Emissions Standards for Heavy-Duty Vehicles—Phase 3, 89 Fed. Reg. 29,440 (Apr. 22, 2024));

- *Kentucky v. EPA*, No. 24-1087 (D.C. Cir.) (challenging Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles, 89 Fed. Reg. 27,842 (Apr. 18, 2024)); and

- *Texas v. EPA*, No. 22-1031 (D.C. Cir.) (challenging Revised 2023 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions Standards, 86 Fed. Reg. 74,434, 74,503 (Dec. 30, 2021)).

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Pursuant to Federal Rule of Appellate Procedure 29, the Alliance for Automotive Innovation ("Auto Innovators") respectfully moves this Court for leave to file the attached *amicus curiae* brief in opposition to the Youth Petitioners' Motion to Stay of the final rule published by the U.S. Environmental Protection Agency ("EPA") entitled *Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act*, 91 Fed. Reg. 7,686 (Feb. 18, 2026) ("Final Rule").

This Court should grant Auto Innovators leave to file the attached *amicus curiae* brief because Auto Innovators and its members have a strong interest in any relief granted on the petitions, including temporary relief in the form of a stay of the Final Rule, and offer an additional perspective that will aid this Court in reviewing the complicated issues relating to any stay of the Final Rule.  *See* Fed. R. App. P. 29(a)(3); D.C. Cir. R. 29(a); *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003); *Rivera Lujan v. Fed. Motor Carrier Safety Admin.*, 2025 WL 3182504, at *1 (D.C. Cir. Nov. 13, 2025) (granting motion for leave to file amicus brief opposing motion to stay).

Counsel for amicus contacted counsel for the parties in the consolidated cases on June 24, 2026, to obtain their positions on this motion.  No party opposed the

1

filing of the attached amicus brief.  Specifically, the parties provided the following positions:

- Petitioners in Case Nos. 26-1037 and 26-1083 consent to our participation as amicus, provided our brief complies with Federal and Circuit Rule 29.  Petitioners in Case No. 26-1038 take no position. Petitioners in Case No. 26-1061 do not oppose.  Petitioners in Case Nos. 26-1039, 26-1043, 26-1051, and 26-1090 did not respond.

- Respondents consent to the filing of the amicus brief.

- Intervenors State of West Virginia; Commonwealth of Kentucky; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Missouri; State of Mississippi; State of Montana; State of Nebraska; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; State of Wyoming; Domestic Energy Producers Alliance; Western States Trucking Association, Inc.; Liberty Packing Company, LLC.; Nuckles Oil Company, Inc.; Construction Industry Air Quality Coalition, Inc.; Truck and Engine Manufacturers Association; National Federation of Independent Business; American Free Enterprise Chamber of

2

Commerce; Illinois Corn Growers Association; Iowa Corn Growers Association; Kentucky Corn Growers Association; Missouri Corn Growers Association; North Dakota Corn Growers Associations; Tennessee Corn Growers Association; NACCO Natural Resources Corporation; CO2 Coalition; and American Petroleum Institute consent. Intervenors American Fuel & Petrochemical Manufacturers and Energy Marketers of America did not respond.

I.      **Auto Innovators and Its Membership Have A Strong Interest In Any Relief, Including a Stay, Issued In This Case.**

Auto Innovators is the singular, authoritative, and respected voice of the automotive industry. Its members include U.S. operations of international motor vehicle manufacturers, original equipment suppliers, technology, and other automotive-related companies and trade associations. Focused on creating a safe and transformative path for sustainable industry growth, Auto Innovators represents the manufacturers producing nearly 95 percent of cars and light trucks sold in the U.S. The organization is involved in regulatory and policy matters impacting the light-duty vehicle market across the country.

The primary interest Auto Innovators seeks to address in this amicus brief is the issue of Petitioners' requested stay of the Final Rule. Auto Innovators has an interest in the litigation because its members are directly regulated by the final rule published by the EPA entitled *Rescission of the Greenhouse Gas Endangerment*

3

*Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act*, 91 Fed. Reg. 7,686 (Feb. 18, 2026) ("Final Rule") and would similarly be directly impacted by this Court granting any relief staying, suspending, or vacating the Final Rule.

**II.**    **The Proposed *Amicus Curiae* Brief Offers Arguments That Are Relevant And Helpful To This Court.**

The proposed *amicus* brief is relevant to the Motion to Stay before this Court and "will assist the [court] by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *Arias v. Dyncorp*, 2011 WL 13377371, at *1 (D.D.C. Nov. 21, 2011) (quoting *Commonwealth of the N. Mariana Islands v. United States*, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009)). The brief describes the impacts of the Final Rule and any relief issued by this Court that rescinds, even temporarily through the requested stay, the Final Rule to the automotive industry. The brief explains the substantial harms that would flow to the automotive industry if the Final Rule were to be stayed and prior greenhouse gas emissions were to "snap back," inclusive of facts and data, which this Court should consider in its four-factor review of the requested stay. And this brief explains that the balance of equities favors denying the Motion to Stay.

Auto Innovators has the unique perspective of the light-duty automotive industry and seeks to provide this Court with information regarding the impact of a stay on the auto industry. No other party to this case has provided, or is appropriately

4

situated to provide, the insights, facts, and data in this brief.  This brief will assist this Court in evaluating the balance of equities, which Auto Innovators submits weigh against staying the Final Rule.

Further, pursuant to Circuit Rule 29(d), a separate brief is warranted in this circumstance.  At the time of filing this motion, this Court has allowed Government Accountability & Oversight, Government Oversight & Education d/b/a Protect the Public's Trust and Senators Ted Cruz and Cynthia M. Lummis to participate as *amici*. Again, these parties have not provided and are not situated to provide the insights, facts, and data in this brief.

## CONCLUSION

Auto Innovators therefore respectfully requests that the Court grant leave to file the proposed brief as *amicus curiae*.

5

Date: June 29, 2026                    Respectfully submitted,

                                       /s/ Rachel Levick

                                       Rachel Levick, D.C. Bar No. 1024969
                                       Aly Cox, D.C. Bar No. 1780473*
                                       Laura Stanley, D.C. Bar No. 90008623
                                       GIBSON, DUNN & CRUTCHER LLP
                                       1700 M Street, N.W.
                                       Washington, DC 20036
                                       Tel.: 202-887-3574
                                       rlevick@gibsondunn.com
                                       acox@gibsondunn.com
                                       lstanley@gibsondunn.com

                                        *Application for Admission Pending

        Counsel for Amicus Curiae Alliance for Automotive Innovation

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this brief complies with the applicable typeface, type style, and type volume limitations. This brief was prepared using a proportionally spaced type (Times New Roman, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), this brief contains 1,011 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this brief.

Date: June 29, 2026

/s/ Rachel Levick
Rachel Levick

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the District

of Columbia Circuit through the CM/ECF system on all registered counsel.

/s/ *Rachel Levick*
Rachel Levick