July 8, 2026

Clifton Cislak
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

By CM/ECF

Re:     *American Public Health Association, et al. v. U.S. Environmental Protection Agency*, No. 26-1037 (and consolidated cases)

Dear Mr. Cislak:

Undersigned counsel representing all petitioners in the above-captioned consolidated cases hereby give blanket consent to the filing of *amicus curiae* briefs in support of petitioners, respondents, or neither party, provided that any such brief complies with Federal Rule of Appellate Procedure 29 and Circuit Rule 29.

Respectfully submitted,

*/s/ Rachel Heron*
RACHEL HERON
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 836-9329
rheron@nrdc.org

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
(202) 372-5270
chloe@donahuegoldberg.com

*Counsel for Petitioner Natural Resources Defense Council (Heron) and Counsel for Petitioner Environmental Defense Fund (Kolman), on behalf of all Petitioners in Case No. 26-1037*

*Additional counsel listed below...*

**COMMONWEALTH OF MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Turner H. Smith*
TURNER H. SMITH
Deputy Bureau Chief
JULIA JONAS-DAY
MEGHAN DAVOREN
Nathaniel Haviland-Markowitz
Assistant Attorneys General
LUCA GRECO
HANNAH PERLS
Special Assistant Attorneys General
Energy and Environment Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
(617) 963-2782
Turner.Smith@mass.gov

**STATE OF CALIFORNIA**
ROB BONTA
ATTORNEY GENERAL

*/s/ Theodore McCombs*
THEODORE MCCOMBS
Deputy Attorney General
California Department of Justice
600 W. Broadway, Ste. 1800
San Diego, CA  92101
(619) 738-9003
Theodore.McCombs@doj.ca.gov

*On behalf of all State and Local Government Petitioners in Case No. 26-1061*

*/s/ Meghan E. Greenfield*
MEGHAN E. GREENFIELD
ELIZABETH B. DEUTSCH
ELIZABETH H. STARR
MAURA E. SMYLES
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com
edeutsch@jenner.com
estarr@jenner.com
msmyles@jenner.com

*/s/ Andrea Rodgers*
ANDREA RODGERS (D.C. Cir. Bar 66983)
OUR CHILDREN'S TRUST
1216 Lincoln Street
Eugene, OR 97401
(415) 786-4825
andrea@ourchildrenstrust.org

*Counsel for Youth Petitioners in Case No. 26-1038*

*Counsel for Petitioner Zero Emission Transportation Association in Case No. 26-1039*

/s/ Bruce A. Morrison
BRUCE A. MORRISON (Bar No. 66656)
Great Rivers Environmental Law Center
4625 Lindell Blvd, Suites 200 and 300
St. Louis, MO 63108
(314) 231-4181
bamorrison@greatriverslaw.org

*Counsel for Petitioners Metropolitan Congregations United for St. Louis and Missouri Coalition for the Environment in Case No. 26-1043*

/s/ Tsuki Hoshijima
TSUKI HOSHIJIMA
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
thoshijima@democracyforward.org

*Counsel for Petitioner Service Employees International Union in Case No. 26-1051*

/s/ Hana V. Vizcarra
HANA V. VIZCARRA
Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C.  20005
(202) 667-4500
hvizcarra@earthjustice.org

*Counsel for Petitioners Alaska Institute for Justice, Chesapeake Bay Foundation, Chinik Eskimo Community, Native Village of Kwinhagak, Native Village of Nunapitchuk, NOFA-NY, WE ACT, West Virginia Highlands Conservancy, and Wyoming Outdoor Council, on behalf of all Petitioners in Case No. 26-1083*

/s/ Jamie Jefferson
CARRIE SCHILLING
Senior Assistant Counsel
JAMIE JEFFERSON
Assistant Counsel
375 Beale Street, Suite 600
San Francisco, CA 94105
JJefferson@baaqmd.gov
ACrockett@baaqmd.gov
CSchilling@baaqmd.gov

*Counsel for Petitioner Bay Area Air Quality Management District in Case No. 26-1090*

## CERTIFICATE OF SERVICE

I hereby certify on this 8th day of July, 2026, that the foregoing Letter has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Chloe H. Kolman
CHLOE H. KOLMAN