ORAL ARGUMENT NOT YET SCHEDULED

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Public Health Association, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Case No. 26-1037 (consol.) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Riley W. Walters will be leaving the U.S. Department of Justice and therefore withdraws his appearance as counsel for Respondents in these consolidated matters. Respondents will continue to be represented by Robert Stander, Sue Chen, and Daniel Martin.

Dated: July 17, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

*/s/ Riley W. Walters*
Riley Walters
Counsel
U.S. Department of Justice

Environment & Natural Resources Division
950 Pennsylvania Ave NW
Washington, D.C. 20530
(202) 718-3109
riley.walters@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: July 17, 2026

*/s/ Riley Walters*
Riley Walters
