IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
AMERICAN PUBLIC HEALTH              )
ASSOCIATION, et al.,                )
                                    )
        Petitioners,                )
                                    )
    v.                              )    Case No. __26-1037__
                                    )
UNITED STATES ENVIRONMENTAL         )
PROTECTION AGENCY and LEE           )
ZELDIN, Administrator, U.S.         )
Environmental Protection Agency,    )
                                    )
        Respondents.                )
_____)

**PETITION FOR REVIEW**

Pursuant to Clean Air Act Section 7607(b)(1), 42 U.S.C. § 7607(b)(1); Federal Rule of Appellate Procedure 15(a); and D.C. Circuit Rule 15(a)(1), American Public Health Association, Alliance of Nurses for Healthy Environments, American Lung Association, Center for Biological Diversity, Center for Community Action and Environmental Justice, Clean Air Council, Clean Wisconsin, Conservation Law Foundation, Environmental Defense Fund, Environmental Law & Policy Center, Friends of the Earth, Natural Resources Defense Council, Inc., Physicians for Social Responsibility, Public Citizen, Rio Grande International Study Center, Sierra Club, and Union of Concerned Scientists

hereby petition this Court for review of a final action taken by Respondents United States Environmental Protection Agency and Lee Zeldin, Administrator, United States Environmental Protection Agency, entitled "Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act," and published in the Federal Register at 91 Fed. Reg. 7686 (Feb. 18, 2026). A copy of EPA's final action is attached to this petition.

DATED: February 18, 2026

Respectfully submitted,

/s/ *Chloe H. Kolman*

| | |
|---|---|
| Rachel Heron | Chloe H. Kolman |
| Abirami Vijayan* | Megan M. Herzog |
| David Doniger | Sean H. Donahue |
| Julia Forgie | Keri R. Davidson* |
| Meredith Hankins | Donahue, Goldberg & Herzog |
| Natural Resources Defense Council | 1008 Pennsylvania Ave., SE |
| 1152 15th Street NW, Suite 300 | Washington, D.C. 20003 |
| Washington, D.C. 20005 | (202) 372-5270 (Kolman) |
| (202) 836-9329 (Heron) | chloe@donahuegoldberg.com |
| rheron@nrdc.org | megan@donahuegoldberg.com |
| avijayan@nrdc.org | sean@donahuegoldberg.com |
| ddoniger@nrdc.org | keri@donahuegoldberg.com |
| jforgie@nrdc.org | |
| mhankins@nrdc.org | Vickie L. Patton |
| | Peter Zalzal |
| | Alice Henderson |
| *Counsel for Petitioner Natural Resources Defense Council* | Stephanie Jones |
| | Ryland Shengzhi Li |
| | Environmental Defense Fund |
| | 2060 Broadway St., Ste. 300 |
| *Not admitted in District of Columbia; application for admission pending | Boulder, Colorado 80302 |
| | (303) 447-7214 |
| | vpatton@edf.org |

2

pzalzal@edf.org
ahenderson@edf.org
sjones@edf.org
ryli@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Jason Rylander
David Pettit
Lauren Parker
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, D.C.  20005
(510) 844-7100 (Pettit)
dpettit@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Veronica Saltzman (D.C. Cir. Bar 64096)
Francis W. Sturges, Jr. (D.C. Cir. Bar 64964)
Shaun A. Goho (D.C. Cir. Bar 54655)
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA  02109
(617) 624-0234
vsaltzman@catf.us

*Counsel for Petitioners American Public Health Association, Alliance of Nurses for Healthy Environments, American Lung Association, and Clean Wisconsin*

James Crowley
Conservation Law Foundation
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI  02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Petitioner Conservation Law Foundation*

Hana V. Vizcarra
Marvin C. Brown IV
Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C.  20005
(202) 667-4500
hvizcarra@earthjustice.org
mcbrown@earthjustice.org

*Counsel for Petitioners Center for Community Action and Environmental Justice, Clean Air Council, Friends of the Earth, Physicians for Social Responsibility, Rio Grande International Study Center, and Union of Concerned Scientists*

3

Brian H. Lynk  
(D.C. Bar No. 459525)  
Environmental Law & Policy Center  
740 15th Street NW, Suite 700  
Washington, D.C.  20005  
(240) 461-4241  
blynk@elpc.org  

*Counsel for Petitioner*  
*Environmental Law & Policy Center*

Andres Restrepo  
Joshua Berman  
Sierra Club  
50 F Street NW, Eighth Floor  
Washington, D.C.  20001  
(856) 240-0964 (Restrepo)  
andres.restrepo@sierraclub.org  
josh.berman@sierraclub.org  

Vera Pardee  
726 Euclid Avenue  
Berkeley, CA  94708  
(858) 717-1448  
pardeelaw@gmail.com  

*Counsel for Petitioner Sierra Club*

Adina H. Rosenbaum  
Allison M. Zieve  
Public Citizen Litigation Group  
1600 20th Street NW  
Washington, D.C.  20009  
(202) 588-1000  
arosenbaum@citizen.org  

*Counsel for Petitioner Public Citizen*

4

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Petition for Review has been served by United States first-class mail this 18th day of February, 2026, upon the following:

>Administrator Lee Zeldin
>U.S. Environmental Protection Agency
>Office of the Administrator – 1101A
>1200 Pennsylvania Avenue, NW
>Washington, D.C.  20460
>
>Pamela Bondi
>Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C.  20530
>
>U.S. Environmental Protection Agency
>Correspondence Control Unit
>Office of General Counsel - 2311
>1200 Pennsylvania Avenue, NW
>Washington, D.C.  20460

>>Respectfully submitted,
>>
>>/s/ *Chloe H. Kolman*
>>Chloe H. Kolman