# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                         **September Term, 2025**

EPA-91FR7686

Filed On: February 18, 2026 [2159565]

American Public Health Association, et al.,

       Petitioners

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

**N O T I C E**

    This case was docketed on February 18, 2026. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on February 18, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                          BY:    /s/
                                        Francis A. Walter
                                        Deputy Clerk

Attachment:
       Certified Copy of Petition for Review