# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 26-1037**  **September Term, 2025**

EPA-91FR7686

Filed On: February 18, 2026 [2159568]

American Public Health Association, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

**O R D E R**

The petition for review in this case was filed and docketed on February 18, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 20, 2026 |
| Docketing Statement Form | March 20, 2026 |
| Procedural Motions, if any | March 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 20, 2026 |
| Statement of Issues to be Raised | March 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 20, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037** September Term, 2025

| | |
|---|---:|
| Entry of Appearance Form (Attorneys Only) | March 20, 2026 |
| Procedural Motions, if any | March 20, 2026 |
| Certified Index to the Record | April 6, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                        BY:    /s/
                                      Francis A. Walter
                                      Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)