# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

| | |
|---|---|
| **No. 26-1037** | **September Term, 2025** |
| | EPA-91FR7686 |
| | Filed On: February 20, 2026 [2160048] |

American Public Health Association, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 26-1038

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1038 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | March 23, 2026 |
| Statement of Issues to be Raised | March 23, 2026 |

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk
                              BY:    /s/
                                              Emily K. Campbell
                                              Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form