# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**  **September Term, 2025**

EPA-91FR7686

Filed On: February 27, 2026 [2161343]

American Public Health Association, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 26-1038, 26-1039, 26-1043

**O R D E R**

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1043 are directed to file the following documents by the indicated date:

| | |
|---|---|
| Docketing Statement Form | March 30, 2026 |
| Statement of Issues to be Raised | March 30, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form