# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 26-1051　　　　　　　　　　　　　　　　　September Term, 2025

EPA-91FR7686

Filed On: March 13, 2026 [2163389]

Service Employees International Union,

　　　　Petitioner

　　v.

Environmental Protection Agency and Lee
M. Zeldin,

　　　　Respondents

------------------------------

Consolidated with 26-1037

## O R D E R

　　It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 26-1051 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | April 13, 2026 |
| Statement of Issues to be Raised | April 13, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Laura M. Morgan
　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form