# United States Court of Appeals for the District of Columbia Circuit

## No. 26-1037

(Consolidated with 26-1038, 26-1039, 26-1043 and 26-1051)

AMERICAN PUBLIC HEALTH ASSOCIATION; ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS; AMERICAN LUNG ASSOCIATION; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE; CLEAN AIR COUNCIL; CLEAN WISCONSIN; CONSERVATION LAW FOUNDATION; ENVIRONMENTAL DEFENSE FUND; ENVIRONMENTAL LAW & POLICY CENTER; FRIENDS OF THE EARTH; NATURAL RESOURCES DEFENSE COUNCIL, INC.; PHYSICIANS FOR SOCIAL RESPONSIBILITY; PUBLIC CITIZEN; RIO GRANDE INTERNATIONAL STUDY CENTER; SIERRA CLUB; UNION OF CONCERNED SCIENTISTS,

*Petitioners,*

*(For Continuation of Caption See Inside Cover)*

*On Appeal from the Environmental Protection Agency in No. EPA-91FR7686.*

## GOVERNMENT ACCOUNTABILITY & OVERSIGHT AND GOVERNMENT OVERSIGHT & EDUCATION, D/B/A PROTECT THE PUBLIC'S TRUST CORRECTED MOTION FOR LEAVE TO FILE AS *AMICI CURIAE* IN SUPPORT OF RESPONDENTS

MATTHEW D. HARDIN
DC. Bar No. 1032711
101 Rainbow Drive #11506
Livingston, Texas 77399
(202) 802-1948
matt@matthewhardin.com

CHRISTOPHER C. HORNER
D.C. Bar No. 440107
1725 I Street NW
Suite 300, PMB #2094
Washington, DC 20006
(202) 262-4458
chris@chornerlaw.com

*Counsel for Amicus Curiae*

March 19, 2026

 COUNSEL PRESS    (800) 4-APPEAL • (391504)

*v.*

ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

_____

JOHN WORTHINGTON; STATE OF WEST VIRGINIA; COMMONWEALTH OF KENTUCKY; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WYOMING,

*Movant-Intervenors for Respondent.*

**Corporate Disclosure Statement**

Pursuant to Circuit Rule 26.1:

Government Accountability & Oversight hereby certifies that it is a nonprofit, nonstock corporation incorporated under the laws of Wyoming. As such, Government Accountability & Oversight has no parent company or subsidiaries, and no entity owns any part of its stock. Nor does Government Accountability & Oversight own any shares of the stock of any other entity.

Government Oversight & Education d/b/a Protect the Public's Trust hereby certifies that it is a nonprofit, nonstock corporation incorporated under the laws of Delaware. As such, Protect the Public's Trust has no parent company or subsidiaries, and no entity owns any part of its stock. Nor does Protect the Public's Trust own any shares of the stock of any other entity.

Proposed *Amici Curiae* Government Accountability & Oversight and Government Oversight & Education (d/b/a Protect the Public's Trust) hereby move for leave to file an amicus brief in support of the Government in this matter. In support of this Motion, and pursuant to Rule 29 (a)(3) of the Federal Rules of Appellate Procedure, Government Accountability & Oversight and Government Oversight & Education state as follows:

1. The proposed *Amici Curiae* are nonprofit organizations that conduct research on how government entities formulate public policy, with a focus on energy and environmental policies. To this end, they have filed hundreds of public records requests under state and federal laws, several of which have uncovered documents which are relevant to this Court's consideration of the merits.

2. Proposed *Amici* wish to support the Government in this matter. Their proposed brief will illustrate the legal and factual infirmities that resulted in EPA issuing its original Endangerment Finding, which EPA has now rescinded. As the rescission is the subject of the instant proceeding, the initial Endangerment Finding will effectively be re-instituted if Petitioners succeed in their petition before this Court.

3. *Amici*'s brief will amplify with its unique perspective and the records they have obtained.

4.  Pursuant to Rule 29 (a)(3) the proposed *amici* brief is filed contemporaneously with this Motion.

5.  Pursuant to Circuit Rule 29 (b), leave to file is sought via motion. Pursuant to Circuit Rule 29 (d), *Amici* state that one *amicus* brief has been lodged by a party that is also appearing as an Intervenor (John Worthington).  Proposed *Amici* were not notified of that brief and therefore did not have the opportunity to contribute to it. Undersigned counsel has requested the position of all parties to this matter on the instant Motion. The Government replied that it consents. Attorney Chloe Kolman replied that she would respond to undersigned counsel with her position on behalf of multiple coalition clients. As of this filing, neither Ms. Kolman nor any other party has indicated a final position.

Wherefore, Government Accountability & Oversight and Government Oversight & Education respectfully request that this Court grant it leave to file the proposed Amicus Brief.

Dated: March 19, 2026                    Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin
D.C. Bar No. 1032711
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 202-802-1948
Email: MatthewDHardin@gmail.com

*Counsel for Amici*

2

# CERTIFICATE OF COMPLIANCE

Counsel hereby certifies, in accordance with Federal Rule of Appellate Procedure 27(d)(2)(A), that the following motion contains 389 words, as counted by counsel's word processing system (Microsoft Word), and thus complies with the 5,200 word limit. Further, this document complies with the typeface and type-style requirements because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 using size 14 Times New Roman font.

Dated: March 19, 2026

/s/ Matthew D. Hardin
Matthew D. Hardin