# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                    **September Term, 2025**

**EPA-91FR7686**

**Filed On: March 20, 2026** [2164588]

American Public Health Association, et al.,

       Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 26-1038, 26-1039,
26-1043, 26-1051, 26-1061

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No. 26-1061 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | April 20, 2026 |
| Statement of Issues to be Raised | April 20, 2026 |

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

BY:    /s/
         Laura M. Morgan
         Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form