# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,

*Respondents.*

No. 26-1037 (consolidated with Nos. 26-1038, 26-1039, 26-1043, 26-1051, 26-1061)

## ADDENDUM TO MOTION TO INTERVENE AS RESPONDENTS OF NATIONAL FEDERATION OF INDEPENDENT BUSINESS, AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, AND THE ILLINOIS, IOWA, KENTUCKY, MISSOURI, NORTH DAKOTA, AND TENNESSEE CORN GROWERS ASSOCIATIONS

Michael Buschbacher
  *Counsel of Record*
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Movants National Federation of Independent Business and American Free Enterprise Chamber of Commerce, and the Illinois, Iowa, Kentucky, Missouri, and Tennessee Corn Growers Associations make the following disclosure:

**National Federation of Independent Businesses (NFIB)** is a business league association established in a manner consistent with Section 501(c)(6) of the Internal Revenue Code. NFIB is the Nation's leading small business association and works to promote and protect its members' ability to own, operate, and earn success in their businesses. NFIB has no parent companies, and no publicly held company has a 10% or greater ownership interest in NFIB.

**American Free Enterprise Chamber of Commerce (AmFree)** is a business league association established in a manner consistent with Section 501(c)(6) of the Internal Revenue Code. AmFree represents entrepreneurs and companies across all sectors and states who are vitally interested in maintaining the free, fair, and open markets that are foundational to the American economy. AmFree has no parent companies,

and no publicly held company has a 10% or greater ownership interest in AmFree.

**The Illinois Corn Growers Association** is a nonprofit organization that represents corn farmers, their supporters, and members of corn farming-related industries throughout the state of Illinois. The Illinois Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

**The Iowa Corn Growers Association** is a nonprofit organization that represents corn farmers, their supporters, and members of corn farming-related industries throughout the state of Iowa. The Iowa Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

**The Kentucky Corn Growers Association** is a nonprofit organization that represents corn farmers throughout the state of Kentucky. The Kentucky Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

**The Missouri Corn Growers Association** is a nonprofit organization that represents corn farmers, their supporters, and members of

corn farming-related industries throughout the state of Missouri. The Missouri Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

**The North Dakota Corn Growers Association** is a nonprofit organization that represents corn farmers, their supporters, and members of corn farming-related industries throughout the state of North Dakota. The North Dakota Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

**The Tennessee Corn Growers Association** is a nonprofit organization that represents corn farmers, their supporters, and members of corn farming-related industries throughout the state of Tennessee. The Tennessee Corn Growers Association has no parent companies, and no publicly held company has a 10% or greater ownership interest in the Association.

Dated: March 20, 2026

Respectfully submitted,

<u>*/s/ Michael Buschbacher*</u>
Michael Buschbacher
  *Counsel of Record*
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com

*Counsel for National Federation of Independent Business, American Free Enterprise Chamber of Commerce, and the Illinois, Iowa, Kentucky, Missouri, North Dakota and Tennessee Corn Growers Associations*

**CERTIFICATE AS TO PARTIES AND *AMICI***

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A), NFIB, AmFree, and the Illinois, Iowa, Kentucky, Missouri, and Tennessee Corn Growers Associations make the following Certificate as to Parties and *Amici*:

Movants seek to intervene in support of Respondents in No. 26-1037 and the consolidated cases. The petitions for review seek review of final action taken by the U.S. Environmental Protection Agency entitled, *Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act*, 91 Fed. Reg. 7,686 (Feb. 18, 2026).

All parties, intervenors, and amici appearing before this court for Case No. 26-1037 and consolidated cases are listed in the Certificate as the Parties, Rulings, and Related Cases filed by Petitioners American Public Health Association et al., Doc. 2164659 (Mar. 20, 2026).

Dated: March 20, 2026

Respectfully submitted,

*/s/ Michael Buschbacher*
Michael Buschbacher
  *Counsel of Record*
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com

*Counsel for National Federation of Independent Business, American Free Enterprise Chamber of Commerce, and the Illinois, Iowa, Kentucky, Missouri, North Dakota, and Tennessee Corn Growers Associations*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

*/s/ Michael Buschbacher*
Michael Buschbacher