ORAL ARGUMENT NOT YET SCHEDULED

**No. 26-1038 (consolidated with Lead Case No. 26-1037)**

**IN UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ELENA VENNER, *et al*.,
*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*.,
*Respondents*.

**NON-BINDING STATEMENT OF ISSUES**

Petitioners Elena Venner et al. challenge the Environmental Protection Agency's final action entitled "Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act," 91 Fed. Reg. 7686 (Feb. 18, 2026) (the "Repeal Rule"), and respectfully submit the following non-binding statement of issues to be raised in this proceeding.

1. Whether the Repeal Rule violates Petitioners' rights to life and liberty under the Fifth Amendment of the U.S. Constitution.

2. Whether the Repeal Rule violates Petitioners' rights to free religious exercise under the First Amendment and the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1.

3. Whether the Repeal Rule violates the constitutional separation of powers principles in Articles I and II of the U.S. Constitution.

4. Whether the Repeal Rule violates principles of federalism and the powers reserved to the States or the people under the Tenth Amendment of the U.S. Constitution.

DATED: March 23, 2026

*/s/ Julia A. Olson*
Julia A. Olson (D.C. Cir. Bar 54969)
Andrea Rodgers (D.C. Cir. app. pending)
Brianna Rosier Kabwika
Nathan Bellinger
Laura Mebert
OUR CHILDREN'S TRUST
1216 Lincoln Street
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
brianna_k@ourchildrenstrust.org
nate@ourchildrenstrust.org
laura_m@ourchildrenstrust.org

Daniel C. Snyder (D.C. Cir. Bar 66846)
Haley Nicholson (D.C. Cir. Bar 65084)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Counsel for Petitioners*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the foregoing Statement has been filed with the Clerk of the Court through this Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system, save for Mr. Worthington, who will be served by email per his request in ECF No. 216370.

Respectfully submitted,

*/s/ Julia A. Olson*
Julia A. Olson