**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ZERO EMISSION TRANSPORTATION ASSOCIATION, INC., <br><br> *Petitioner,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> *Respondents.* | Case No. 26-1039 <br> Lead Case No. 26-1037 <br> (and consolidated cases) |

**PETITIONER ZERO EMISSION TRANSPORTATION ASSOCIATION'S
NOTICE OF NAME CHANGE**

Petitioner in Case No. 26-1039 hereby gives notice to the Court and all parties that its entity name has been amended from Business Climate Initiative Action to Zero Emission Transportation Association, Inc. (ZETA). ZETA respectfully requests that the Court substitute its new name, "Zero Emission Transportation Association, Inc.," for its prior name, "Business Climate Initiative Action d/b/a Zero Emission Transportation Association," in the above-captioned case. Consistent with this name change, and pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, ZETA is submitting an amended corporate disclosure statement as part of this notice.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Meghan E. Greenfield*
Meghan E. Greenfield
Elizabeth B. Deutsch
Elizabeth H. Starr
Maura E. Smyles
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com
edeutsch@jenner.com
estarr@jenner.com
msmyles@jenner.com

*Counsel for Petitioner Zero Emission Transportation Association*

**REVISED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Zero Emission Transportation Association, Inc. (ZETA) submits the following disclosure statement. ZETA is an association of companies committed to advocating for the advancement of the electric vehicle supply chain (*see* membership list here: https://www.zeta.org/about (last visited Mar. 23, 2026)). Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, ZETA states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. ZETA has no parent corporation, and no publicly held company has 10% or greater ownership in ZETA. ZETA is a "trade association" within the meaning of Circuit Rule 26.1.

Dated: March 25, 2026                    Respectfully submitted,

                                         /s/ *Meghan E. Greenfield*
                                         Meghan E. Greenfield

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25(c), I hereby certify that, on this 25th day of March 2026, I caused the foregoing to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system, save for Mr. Worthington, who will be served by email per his request.

Dated: March 25, 2026                    Respectfully submitted,

                                        */s/ Meghan E. Greenfield*
                                        Meghan E. Greenfield