**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| METROPOLITAN CONGREGATIONS UNITED FOR ST. LOUIS and MISSOURI COALITION FOR THE ENVIRONMENT, <br><br> *Petitioners*, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | Case No: 26-1043 (consolidated with Lead Case No. 26-1037) |

**NON-BINDING STATEMENT OF ISSUES**

Pursuant to the Court's Order of February 27, 2026, Petitioners in Case No. 26-1043 (consolidated with Lead Case No. 26-1037) submit the following non-binding statement of issues to be raised in this proceeding concerning the U.S. Environmental Protection Agency's ("EPA") final rule entitled "Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act," and published in the Federal Register at 91 Fed. Reg. 7686 (Feb. 18, 2026) (the "Repeal Rule").

1. Whether the Repeal Rule is arbitrary, capricious, and/or contrary to law because it is foreclosed by binding Supreme Court and D.C. Circuit precedent.

2. Whether the Repeal Rule is arbitrary, capricious, and/or contrary to law because it repeals a final rule, "Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act," published at 74 Fed. Reg. 66496 (Dec. 15, 2009) (the "2009 Endangerment Finding"), and all final rules establishing federal emission standards for greenhouse gases from U.S. motor vehicles (collectively, "vehicle greenhouse-gas standards") based on an interpretation of Section 202(a)(1) of the Clean Air Act, 42 U.S.C. § 7521(a)(1), that is inconsistent with the best reading of the statute.

3. Whether the Repeal Rule's conclusion that it lacks authority to regulate pollutants where EPA believes regulation would be "futile" is arbitrary, capricious, and/or contrary to law.

4. Whether the Repeal Rule's conclusions that any federal regulation of greenhouse-gas emissions from motor vehicles would have "de minimis" impacts on global climate change and that such regulation would be "futile" are arbitrary, capricious, and/or otherwise unsupported, where that conclusion is contrary to the record and where EPA has failed entirely to consider important aspects of the problem.

5. Whether the Repeal Rule is arbitrary, capricious, and/or contrary to law

2

because its scientific judgments are unsupported, contradict the record and EPA's past findings, fail to take proper account of the views of the National Academy of Sciences, and are the product of unlawful conduct.

/s/ Bruce A. Morrison
Bruce A. Morrison (Bar No. 66656)
Great Rivers Environmental Law
Center
4625 Lindell Blvd, Suites 200 and
300
St. Louis, MO 63108
(314) 231-4181
bamorrison@greatriverslaw.org
*Counsel for Petitioners*

Dated: March 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, the foregoing Statement has been filed with the Clerk of the Court through this Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system, save for Mr. Worthington, who will be served by email per his request in ECF No. 216370.

/s/ Bruce A. Morrison
Bruce A. Morrison

3