# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator, U.S. Environmental Protection Agency, | ) ) ) ) ) ) ) |
| Respondents. | ) ) |

No. 26-1051 (consolidated with lead case No. 26-1037)

_____)

## NON-BINDING STATEMENT OF ISSUES

Pursuant to the Court's order on March 13, 2026, Dkt. No. 2163389, Service Employees International Union submits its non-binding, preliminary statement of issues to be raised in this challenge to EPA's final rule titled "Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act," 91 Fed. Reg. 7686 (Feb. 18, 2026).

1.　　Whether the rule is arbitrary, capricious, or contrary to law because it is foreclosed by binding Supreme Court and D.C. Circuit precedent.

2.　　Whether the rule is arbitrary, capricious, or contrary to law because EPA misinterpreted section 202(a)(1) of the Clean Air Act, 42 U.S.C. § 7521(a)(1).

3. Whether the rule is arbitrary, capricious, or contrary to law because EPA erroneously applied the major questions doctrine to disavow EPA's settled statutory authority.

4. Whether the rule is arbitrary, capricious, or contrary to law because EPA erroneously concluded that it may decline to regulate pollutants on grounds of "futility" and that regulating greenhouse-gas emissions from motor vehicles would be futile.

5. Whether the rule is arbitrary, capricious, or contrary to law because EPA relied on findings that are unsupported, contrary to the record, and contrary to EPA's past findings; failed to follow required rulemaking procedures; failed to adequately consider reliance interests; failed to adequately respond to material public comments; and failed to provide a reasoned explanation for its decision.

SEIU reserves the right to refine or supplement these issues in subsequent submissions, including to present and argue any other issues that have been preserved for judicial review.

Respectfully submitted,

*/s/ Tsuki Hoshijima*
Tsuki Hoshijima
Elena S. Goldstein
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
thoshijima@democracyforward.org

2

*Counsel for Service Employees International Union*

**CERTIFICATE OF SERVICE**

On April 13, 2026, I filed this docketing statement through this Court's CM/ECF system, which will serve all registered CM/ECF members except John Worthington, who will be served by email per his request.

*/s/ Tsuki Hoshijima*