# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1037**                                    **September Term, 2025**

**EPA-91FR7686**

**Filed On: April 20, 2026** [2169377]

American Public Health Association, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

----------------------------

Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, 26-1090

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 26-1090 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Corporate Disclosure Statement (See D.C. Cir. Rule 26.1) | May 20, 2026 |
| Docketing Statement Form | May 20, 2026 |
| Statement of Issues to be Raised | May 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form