# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                    **September Term, 2025**

**EPA-91FR7686**

**Filed On: April 22, 2026** [2169930]

American Public Health Association, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

American Free Enterprise Chamber of
Commerce, et al.,
          Intervenors
------------------------------

Consolidated with 26-1038, 26-1039,
26-1043, 26-1051, 26-1061, 26-1083,
26-1090

## O R D E R

     It is, **ORDERED**, on the court's own motion, that the court's April 22, 2026 order be vacated as to the motion for leave to intervene filed by movant John Worthington. The Clerk is directed to note the docket accordingly.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

          BY:   /s/
                  Michael C. McGrail
                  Deputy Clerk