# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                    **September Term, 2025**

**EPA-91FR7686**

**Filed On:**  April 22, 2026

American Public Health Association, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. Environmental
Protection Agency,

       Respondents

------------------------------

American Free Enterprise Chamber of
Commerce, et al.,
        Intervenors

------------------------------

Consolidated with 26-1038, 26-1039,
26-1043, 26-1051, 26-1061, 26-1083,
26-1090

      **BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## <u>O R D E R</u>

Upon consideration of John Worthington's motion for leave to intervene or participate as amicus curiae, the supplement to the motion, the response thereto, the motion for leave to file a corrected reply, and the corrected reply; Worthington's remaining motions for leave to file and the lodged motions, supplement, notices, and amicus briefs; the motion to extend time filed by petitioners in No. 26-1037, the response thereto, which includes a request that the parties file briefing proposals by April 27, 2026, and the reply; the motions to defer the call for briefing proposals filed by petitioners in Nos. 26-1037, 26-1039, 26-1051, and 26-1061; and the alternative motion to sever filed by petitioners in No. 26-1037, it is

**ORDERED** that the motion for leave to file a corrected reply be granted.  The Clerk is directed to file the lodged corrected reply.  It is

**FURTHER ORDERED** that Worthington's motion for leave to intervene be denied.  Worthington has not demonstrated that he has any legally protected interest

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

### No. 26-1037                                                      September Term, 2025

that would potentially be impaired by this litigation.  See Crossroads Grassroots Policy Strategies v. Fed. Election Comm'n, 788 F.3d 312, 320 (D.C. Cir. 2015).  It is

**FURTHER ORDERED** that Worthington's motion to participate as amicus curiae be denied.  See Fed. R. App. P. 29(a)(3) (requiring that a movant state an "interest" and "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case"); D.C. Cir. R. 29(a) (providing that an amicus brief focus on points relevant to the issues before the court).  It is

**FURTHER ORDERED** that Worthington's remaining motions for leave to file be denied because the court has not allowed him to participate as a party or amicus.  It is

**FURTHER ORDERED** that the motion to extend time be granted.  The following deadlines will now apply in these cases:

| | |
|---|---|
| Petitioners' and Respondents' Procedural Motions, if any | May 20, 2026 |
| Petitioners' and Respondents' Dispositive Motions, if any | June 4, 2026 |

It is

**FURTHER ORDERED** that the request that the parties file briefing proposals by April 27, 2026 be denied and the motions to defer be granted to the extent that any order directing the parties to file briefing proposals will be entered after any procedural or dispositive motions are resolved.  It is

**FURTHER ORDERED** that the alternative motion to sever be denied without prejudice.

**Per Curiam**

FOR THE COURT:

Clifton B. Cislak, Clerk

BY:    /s/
       Selena R. Gancasz
       Deputy Clerk