# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Public Health Association, et al.

**v.**

U.S. Environmental Protection Agency

**Case No:** 26-1037

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ◉ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

State of Tennessee

### Counsel Information

Lead Counsel: Zachary R. Clark

Direct Phone: ( 615 ) 741-7403 Fax: ( 615 ) 741-2009 Email: zachary.clark@ag.tn.gov

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email:

Firm Name: Office of the Tennessee Attorney General and Reporter

Firm Address: 500 Charlotte Ave., Nashville, TN 37219

Firm Phone: ( 615 ) 741-3491 Fax: ( 615 ) 741-2009 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.