<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN PUBLIC HEALTH
ASSOCIATION, et al.,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and LEE
ZELDIN, Administrator, U.S.
Environmental Protection Agency,

*Respondents.*

No. 26-1037
(and consolidated cases)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONERS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD

Private Respondent-Intervenors respectfully request a 7-day extension of time for Respondents and Respondent-Intervenors to file a response to Petitioners' Motion to Complete the Administrative Record, filed May 20, 2026. Doc. No. 2174286. A response to the motion is currently due June 1, 2026. Private-Respondent Intervenors respectfully request that the time for all parties to file a response to this motion be extended to June 8, 2026.

The Federal Respondents and State-Respondent Intervenors consent to the requested extension. The Petitioner-Movants do not oppose the requested extension provided that the motion includes a request that the Court order that Petitioners' reply be due 7 days after the last-filed response. Private-Respondent Intervenors Construction Industry Air Quality Coalition, Inc., Liberty Packing Company, LLC, Nuckles Oil Company, Inc., and Western States Trucking Association, Inc. did not indicate whether they join the motion but consent to a 7-day extension. All other Private-Respondent Intervenors join this motion.

In support of this motion, Private-Respondent Intervenors state as follows:

1.    The Petitioners in these consolidated cases are challenging the final rule titled, "Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emissions Under the Clean Air Act," and published in the Federal Register at 91 Fed. Reg. 7686 (Feb. 18, 2026).

2.    Respondents Environmental Protection Agency and Lee Zeldin filed the certified index to the administrative record for the final rule on March 11, 2026.

3.    On May 20, 2026, Petitioner-Movants filed their Motion to Complete the Administrative Record. The motion raises novel arguments regarding when an agency's Response to Comments document must be completed under the Clean Air Act and argues that two late-filed comments must be included in the administrative record.

4.    Under Federal Rules of Appellate Procedure 26(a)(1) and 27(a)(3)(A), Respondent-Intervenors' response to the Motion to Complete the Administrative Record would be due within 10 days, resulting in a deadline of Monday, June 1, 2026.

5.    There are 19 Private Respondent-Intervenors in these consolidated cases.[1] The 10-day period for responding to the Motion to Complete the Administrative Record includes Memorial Day, May 25,

---

[1] Private Respondent-Intervenors are American Free Enterprise Chamber of Commerce; American Petroleum Institute; American Fuel and Petrochemical Manufacturer's Association, CO2 Coalition; Construction Industry Air Quality Coalition, Inc.; Domestic Energy Producers Alliance; Energy Marketers of America, Illinois Corn Growers Association; Iowa Corn Growers Association; Kentucky Corn Growers Association; Liberty Packing Company, LLC; Missouri Corn Growers Association; NACCO Natural Resources Corporation; National Federation of Independent Business; North Dakota Corn Growers Associations; Nuckles Oil Company, Inc.; Tennessee Corn Growers Association; Truck and Engine Manufacturers Association; Western States Trucking Association, Inc.

2026, when many of the parties and their counsels will be unavailable due to planned vacations, limiting the ability for Private Respondent-Intervenors to coordinate their response.

6.  The 19 Private Respondent-Intervenors wish to work collaboratively to consolidate a single response, but coordinating a single response will require additional time to ensure review by multiple litigation and in-house counsel.

7.  In addition to responding to this Motion, Private Respondent-Intervenors may also have to coordinate and prepare a response to the *Venner* Petitioners' Nonconforming Motion to Stay the Repeal Rule Pending Review ("Nonconforming Motion to Stay"), also filed May 20, 2026. Doc. No. 2174285.

8.  The Nonconforming Motion to Stay has been lodged and not filed pending a motion for leave to file a nonconforming (overlength) motion, so under this Court's rules, no response is currently due. Circuit Rule 27(h) ("When an … overlength … motion … is lodged along with a motion for leave to … exceed the length limits, no response is required to the nonconforming document until a decision is rendered on the motion for leave to file or to exceed length limits.").

9. However, the Court could grant the motion for leave at any time, triggering a 10-day response deadline.

10. The Nonconforming Motion to Stay consists of 7,200 words and includes an addendum consisting of nearly 900 pages of filings, correspondence, declarations, comments, a news article, a settlement agreement filed in a Hawaii court, excerpts from a state court judicial decision, excerpts of a complaint filed against the State of Minnesota in federal court, excerpts of briefing and testimony from an Oregon federal court case and its appeal to the Ninth Circuit, an 1818 address by James Madison to the Agricultural Society of Albemarle, and an encyclical letter from Pope Francis.

11. Petitioners' Nonconforming Motion to Stay raises novel issues of law and includes a voluminous addendum of legal and technical materials that may not be properly before this Court. Further, the addendum includes several expert declarations and excerpted documents that will require review and that may require the preparation of expert rebuttal declarations.

12. Preparing and coordinating a response to the Nonconforming Motion to Stay and accompanying exhibits will consume significant

additional time from Respondent-Intervenors' litigation counsel that could be spent responding the Motion to Complete the Administrative Record.

For these reasons, Private Respondent-Intervenors request that the deadline for all parties to respond to the Motion to Complete the Administrative Record be extended by 7 days, until Monday, June 8, 2026. Intervenors also request that Petitioner-Movants reply be due 7 days after the last-filed response.

Dated: May 22, 2026

Respectfully Submitted,

*/s/ Daniel J. Feith*
Daniel J. Feith
  *Counsel of Record*
Justin A. Savage
Kathleen Mueller
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Facsimile: (202) 736-8711
dfeith@sidley.com
jsavage@sidley.com
kmueller@sidley.com

*Counsel for American Fuel and
Petrochemical Manufacturers and
Energy Marketers of America*

*/s/ Paul D. Clement*
Paul D. Clement
Danielle Sassoon
Nicholas A. Aquart
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com

*Counsel for American Petroleum
Institute*

*/s/ Michael Buschbacher*
Michael Buschbacher
James R. Conde
Laura B. Ruppalt
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
  Suite 900
Washington, D.C. 20006
Tel.: (202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com
lruppalt@boydengray.com

*Counsel for American Free
Enterprise Chamber of Commerce,
Illinois Corn Growers Association,
Iowa Corn Growers Association,
Kentucky Corn Growers Association,
Missouri Corn Growers Association,
National Federation of Independent
Business, North Dakota Corn
Growers Association, and Tennessee
Corn Growers Association*

*/s/ Andrew M. Grossman*
Andrew M. Grossman
Mark W. Delaquil
BAKER & HOSTETLER LLP
Washington Square
  Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 861-1697
agrossman@bakerlaw.com

*Counsel for CO₂ Coalition*

*/s/ Brinton Lucas*
Brinton Lucas
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.: (202) 879-3686
blucas@jonesday.com

S. Matthew Krsacok
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI 48226
(313) 230-7923
mkrsacok@jonesday.com

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
1375 East Ninth Street
  Suite 1390
Cleveland, OH 44114
Tel.: (216) 696-6700
jdubersax@kushnerhamed.com

*Counsel for NACCO Natural
Resources Corporation*

*/s/ Frank D. Garrison*
Frank D. Garrison
fgarrison@pacificlegal.org
Tyler S. Fry
tfry@pacificlegal.org
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.,
  Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881

*/s/ Ondray T. Harris*
Ondray T. Harris
ondray.harris@cei.org
Soriya R. Chhe
soriya.chhe@cei.org
Marin Murdock
marin.murdock@cei.org
COMPETITIVE ENTERPRISE
INSTITUTE
1310 L Street NW,
  7th FL
Washington, D.C. 20005
Tel.: (202) 331-1010

*Counsel for Domestic Energy
Producers Alliance*

*/s/William L. Wehrum*
William L. Wehrum, Jr.
ENVIRONMENTAL LAW, LLC
1629 K St., NW
  Suite 300
Washington, D.C. 20006
Tel.: (302) 300-0388

*/s/ Timothy A. French*
Timothy A. French
CHICAGO LAW PARTNERS, LLC
333 West Wacker Drive
  Suite 810
Chicago, IL 60606
Tel.: (312) 929-1954
tfrench@clpchicago.com

*Counsel for Truck and Engine
Manufacturers Association*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that:

1.    The motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 855 words, excluding the exempted portions.

2.    This motion complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(6) and (6) as it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ James R. Conde*
James R. Conde

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

*/s/ James R. Conde*
James R. Conde