# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**

**September Term, 2025**

**EPA-91FR7686**

**Filed On: June 8, 2026**

American Public Health Association, et al.,

        Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

        Respondents

------------------------------

American Free Enterprise Chamber of Commerce, et al.,
        Intervenors
------------------------------
Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, 26-1090

## O R D E R

Upon consideration of the unopposed motion for extension of time to respond to petitioners' motion to complete the administrative record, and the unopposed motion of Senators Ted Cruz and Cynthia Lummis for leave to file brief as amici curiae in support of respondents, it is

**ORDERED** that any response to the motion to complete the administrative record is due by June 12, 2026. Any reply is due by June 19, 2026. It is

**FURTHER ORDERED** that the motion for leave to file brief as amici curiae be granted. The Clerk is directed to file the lodged brief.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Francis A. Walter
           Deputy Clerk