**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

_____

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., | ) ) ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) ) | Case Nos. 26-1037 and consolidated cases |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF
MOTION TO COMPLETE THE ADMINISTRATIVE RECORD**

For the reasons set forth below, the undersigned Petitioners in Case Nos. 26-1037, 26-1039, 26-1051, 26-1061, and 26-1090, respectfully request a seven-day extension—through June 29, 2026—of the deadline to file a reply in support of their Motion to Complete the Administrative Record, ECF No. 2174286. Petitioners in Case Nos. 26-1043 and 26-1083 consent to the motion. Petitioners in Case No. 26-1038 do not oppose the motion. Respondents and respondent-intervenors take no position.

1.      On May 20, 2026, undersigned Petitioners filed a Motion to Complete the Administrative Record, to correct Respondent EPA's failure to include

1

hundreds of pages of required materials in the administrative record that EPA certified in these consolidated cases.

2.      This Court granted an 11-day extension of the deadline for parties to file responses to undersigned Petitioners' motion. On June 12, 2026, EPA filed a response to the motion, as did a group of intervenor-respondents. By order of this Court, undersigned Petitioners' reply is now due June 22, 2026.

3.      To streamline the issues before this Court and avoid duplication, undersigned Petitioners filed a single record motion on behalf of 38 states, territories, counties, and municipalities; 17 public-health and environmental organizations; a labor union; and a transportation industry association. Undersigned Petitioners likewise intend to file a single reply. Coordinating the filing of a single reply by this large and diverse coalition requires sufficient time to ensure every signatory has the opportunity to review the motion, provide input, react to other signatories' input, and obtain final approval to join the reply. Additionally, the bulk of undersigned Petitioners are government entities, who must obtain approval from the appropriate government officials before signing the filing, sometimes requiring multiple levels of review.

4.      Given these coordination needs, granting the requested extension would be consistent with this Court's prior decision to grant an 11-day extension for parties to file their responses to the record motion. *See* ECF No. 2174791, at 4

(private respondent-intervenors requesting additional time to allow the "19 Private Respondent-Intervenors . . . to work collaboratively to consolidate a single response," requiring "review by multiple litigation and in-house counsel."). Coordination among the undersigned Petitioners—who comprise approximately three times as many entities as the 19 private intervenor-respondents—likewise merits additional time.

5.      In addition, an extension is needed because the current period for filing a reply includes the federal Juneteenth holiday. During the holiday and holiday weekend, counsel and/or decisionmakers for some undersigned Petitioners will have limited availability due to previously scheduled family obligations or travel.

6.      A seven-day extension will not prejudice any party. As noted, the brief requested extension is consistent with the extension previously granted to respondents in this case. Moreover, the requested extension will not unduly delay the timing of this case's procession to merits briefing. Undersigned petitioners previously requested a deferral of any call for merits briefing proposals in light of EPA's ongoing failure to act on pending administrative petitions for reconsideration of the rule at issue in this litigation. *See* ECF Nos. 2169080, 2169572. This Court ruled that no request for merits briefing proposals will issue until all procedural and dispositive motions are resolved, at the earliest. Order,

ECF No. 2169939, at 2. Other motions remain pending, including the youth Petitioners' non-conforming motion for stay in Case No. 26-1038. *See* ECF Nos. 2173467, 2174285. Thus, granting the undersigned Petitioners' brief extension request is unlikely to affect the timeline for resolution of this case and will not prejudice any party.

For these reasons, this Court should grant an extension through June 29, 2026, for undersigned Petitioners to file a single reply in support of their record motion.

DATED: June 16, 2026                    Respectfully submitted,

**COMMONWEALTH OF MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Luca Greco*
TURNER H. SMITH
Deputy Bureau Chief
JULIA JONAS-DAY
MEGHAN DAVOREN
NATHANIEL HAVILAND-
  MARKOWITZ
Assistant Attorneys General
LUCA GRECO
HANNAH PERLS
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Massachusetts Attorney
  General
One Ashburton Place, 18th Fl.
Boston, MA 02108
(617) 963-2782

**STATE OF CALIFORNIA**
ROB BONTA
ATTORNEY GENERAL

*/s/ Theodore McCombs*
DAVID ZAFT
Supervising Deputy Attorney
General
MADISON LANE
THEODORE MCCOMBS
CAITLAN MCLOON
Deputy Attorneys General
600 W. Broadway, Ste. 1800
San Diego, CA 92101
Telephone: (619) 738-9000
David.Zaft@doj.ca.gov
Madison.Lane@doj.ca.gov
Theodore.McCombs@doj.ca.gov
Caitlan.McLoon@doj.ca.gov

Turner.Smith@mass.gov
Julia.Jonas-Day@mass.gov
Meghan.Davoren@mass.gov
Nathaniel.Haviland-Markowitz@mass.gov
Luca.Greco@mass.gov
Hannah.Perls@mass.gov


| **STATE OF NEW YORK** | **STATE OF CONNECTICUT** |
|---|---|
| LETITIA JAMES | WILLIAM TONG |
| ATTORNEY GENERAL | ATTORNEY GENERAL |

| | |
|---|---|
| /s/ Morgan A. Costello | */s/ Matthew I. Levine* |
| MORGAN A. COSTELLO | MATTHEW I. LEVINE |
| Deputy Bureau Chief | Deputy Associate Attorney General |
| YUEH-RU CHU | SCOTT N. KOSCHWITZ |
| RACHEL MAMAN KISH | WILLIAM E. DORNBOS |
| Chiefs, Affirmative Litigation Section | Assistant Attorneys General |
| ASHLEY M. GREGOR | JESSICA GIBREE |
| NATHAN B. SHULOCK | Special Assistant Attorney General |
| Assistant Attorneys General | Office of the Attorney General |
| Environmental Protection Bureau | 165 Capitol Avenue |
| NYS Office of the Attorney General | Hartford, CT 06106 |
| The Capitol | (860) 808-5250 |
| Albany, NY 12224 | Matthew.Levine@ct.gov |
| (518) 776-2392 | Scott.Koschwitz@ct.gov |
| Morgan.Costello@ag.ny.gov | William.Dornbos@ct.gov |
| Yueh-ru.Chu@ag.ny.gov | Jessica.Gibree@ct.gov |
| Rachel.Kish@ag.ny.gov | |
| Ashley.Gregor@ag.ny.gov | |
| Nathan.Shulock@ag.ny.gov | |

*Additional counsel for State and Local Government Petitioners are listed below*

5

/s/ *Chloe H. Kolman*
CHLOE H. KOLMAN
MEGAN M. HERZOG
SEAN H. DONAHUE
KERI R. DAVIDSON
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, D.C.  20003
(202) 372-5270 (Kolman)
chloe@donahuegoldberg.com
megan@donahuegoldberg.com
sean@donahuegoldberg.com
keri@donahuegoldberg.com
VICKIE L. PATTON
PETER ZALZAL
ALICE HENDERSON
STEPHANIE JONES
RYLAND SHENGZHI LI
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
(303) 447-7214
vpatton@edf.org
pzalzal@edf.org
ahenderson@edf.org
sjones@edf.org
ryli@edf.org

*Counsel for Petitioner Environmental*
*Defense Fund*

/s/ *Rachel Heron*
RACHEL HERON
JOSEPH BRAU
DAVID DONIGER
JULIA FORGIE
MEREDITH HANKINS
ATID KIMELMAN
GAVIN MCCABE
GLENDA VALDEZ
ABIRAMI VIJAYAN
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C.  20005
(202) 836-9329 (Heron)
rheron@nrdc.org
jbrau@nrdc.org
ddoniger@nrdc.org
jforgie@nrdc.org
mhankins@nrdc.org
akimelman@nrdc.org
gmccabe@nrdc.org
gvaldez@nrdc.org
avijayan@nrdc.org

*Counsel for Petitioner Natural*
*Resources Defense Council*

*Additional counsel for Petitioners in Case No. 26-1037 are listed below*

6

*/s/ Tsuki Hoshijima*
TSUKI HOSHIJIMA
ELENA S. GOLDSTEIN
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
thoshijima@democracyforward.org

*Counsel for Petitioner Service Employees International Union*

*/s/ Meghan E. Greenfield*
MEGHAN E. GREENFIELD
ELIZABETH B. DEUTSCH
ELIZABETH H. STARR
MAURA E. SMYLES
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com
edeutsch@jenner.com
estarr@jenner.com
msmyles@jenner.com

*Counsel for Petitioner Zero Emission Transportation Association*

**STATE OF ARIZONA**
KRISTIN K. MAYES
ATTORNEY GENERAL

*/s/ Kirsten Engel*
KIRSTEN ENGEL
Special Attorney General
MARY M. CURTIN
Senior Litigation Counsel
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Kirsten.Engel@azag.gov
Mary.Curtin@azag.gov

**STATE OF COLORADO**
PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Colorado Department of Law
1300 Broadway, 10th Fl.
Denver, CO 80203
(720) 508-6285
Carrie.Noteboom@coag.gov

**STATE OF DELAWARE**
KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Department of Justice
State Office Building
820 North French Street
Wilmington, DE 19801
(302) 683-8899
Vanessa.Kassab@delaware.gov

**STATE OF HAWAIʻI**
ANNE E. LOPEZ
ATTORNEY GENERAL

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
Department of the Attorney General
465 S. King Street, #200
Honolulu, HI 96813
(808) 587-3052
Lyle.T.Leonard@hawaii.gov

**STATE OF ILLINOIS**
KWAME RAOUL
ATTORNEY GENERAL

*/s/ Jason E. James*
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief
Environmental Enforcement/
Asbestos Litigation Division
JOANNA BRINKMAN
Complex Litigation Counsel
Illinois Attorney General's Office
201 W. Pointe Drive, Ste. 7
Belleville, IL 62226
(217) 843-0322
Jason.James@ilag.gov
Matthew.Dunn@ilag.gov
Joanna.Brinkman@ilag.gov

**STATE OF MAINE**
AARON M. FREY
ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

**STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General of
Maryland
200 Saint Paul Place, 20th Fl.
Baltimore, MD 21202
(410) 576-6414
SGoldstein@oag.state.md.us

**STATE OF MICHIGAN**
DANA NESSEL
ATTORNEY GENERAL

*/s/ Hadley E. Tuthill*
HADLEY E. TUTHILL
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney
General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7664
TuthillH@michigan.gov
GiovanattiN@michigan.gov

**STATE OF MINNESOTA**
KEITH ELLISON
ATTORNEY GENERAL

/s/ *Catherine Rios-Keating*
PETER SURDO
CATHERINE RIOS-KEATING
RYAN PESCH
Special Assistant Attorneys General
Office of the Minnesota Attorney
General
445 Minnesota Street, Ste. 600
St. Paul, MN 55101
(651) 757-1244
peter.surdo@ag.state.mn.us
catherine.rios-keating@ag.state.mn.us
ryan.pesch@ag.state.mn.us

**STATE OF NEVADA**
AARON D. FORD
ATTORNEY GENERAL

/s/ K. Brunetti Ireland
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
KIreland@ag.nv.gov

**STATE OF NEW JERSEY**
JENNIFER DAVENPORT
ATTORNEY GENERAL

/s/ *Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**STATE OF NEW MEXICO**
RAÚL TORREZ
ATTORNEY GENERAL

/s/ *Esther Jamison*
ESTHER JAMISON
WILLIAM GRANTHAM
SPENSER LOTZ
Assistant Attorneys General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 627-3474
EJamison@nmdoj.gov
WGrantham@nmdoj.gov
SLotz@nmdoj.gov

**STATE OF NORTH CAROLINA**
JEFF JACKSON
Attorney General

*/s/ Asher P. Spiller*
ASHER P. SPILLER
Senior Deputy Attorney General
RACHEL POSEY
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6600
ASpiller@ncdoj.gov
RPosey@ncdoj.gov

**STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources
Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA**
JOSH SHAPIRO

JENNIFER SELBER
GENERAL COUNSEL

*/s/ Robert A. Reiley*
ROBERT A. REILEY
Deputy Chief Counsel
The Pennsylvania Governor's Office of
General Counsel
Office of Chief Counsel, Department of
Environmental Protection
RCSOB, 400 Market Street, 9th Fl.
Harrisburg, PA 17105-8464
(717) 787-0478
RReiley@pa.gov

**STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
Assistant Attorney General
Environment and Energy Unit Chief
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400
nvaz@riag.ri.gov

**STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
SAM STRATTON
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov
Sam.Stratton@vermont.gov

**COMMONWEALTH OF VIRGINIA**
JAY JONES
ATTORNEY GENERAL

*/s/ Tillman J. Breckenridge*
TILLMAN J. BRECKENRIDGE
Solicitor General
202 N. 9th Street
Office of the Attorney General of
 Virginia
Richmond, VA 23219
(804) 786-2071
SolicitorGeneral@oag.state.va.us

**STATE OF WASHINGTON**
NICK BROWN
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ALEXANDRIA K. DOOLITTLE
SARAH M. REYNEVELD
Assistant Attorneys General
Office of the Washington Attorney
General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6769
Chris.Reitz@atg.wa.gov
Alex.Doolittle@atg.wa.gov
Sarah.Reyneveld@atg.wa.gov

**STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
Gabe.Johnson-Karp@wisdoj.gov

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Lauren Cullum*
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Lauren.Cullum@dc.gov

**CITY OF ALBUQUERQUE, NEW MEXICO**
LAUREN KEEFE
CITY ATTORNEY

*/s/ Devon P. King*
DEVON P. KING
LAUREN KEEFE
City Attorney
One Civic Plaza NW
PO Box 2248
Albuquerque, NM 87103
(505) 768-4628
LKeefe@cabq.gov
DKing@cabq.gov

**UNITED STATES VIRGIN ISLANDS**
GORDON C. RHEA
ATTORNEY GENERAL

*/s/ Gordon C. Rhea*
Virgin Islands Department of Justice
Office of the Attorney General
3438 Kronprindsens Gade
GERS Complex, 2nd Fl.
St. Thomas, VI 00802-5749
(340) 774-5666

**BAY AREA AIR QUALITY MANAGEMENT DISTRICT**
ALEXANDER G. CROCKETT
GENERAL COUNCEL

*/s/ Jamie Jefferson*
CARRIE SCHILLING
Senior Assistant Counsel
JAMIE JEFFERSON
Assistant Counsel
375 Beale Street, Suite 600
San Francisco, CA 94105
JJefferson@baaqmd.gov
ACrockett@baaqmd.gov
CSchilling@baaqmd.gov

13

**CITY OF BOSTON, MASSACHUSETTS**
MICHAEL FIRESTONE
CORPORATION COUNSEL

*/s/ Megan Corrigan*
MEGAN CORRIGAN
Assistant Corporation Counsel
City of Boston Law Department
SAMUEL B. DINNING
Senior Assistant Corporation Counsel
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4034
Megan.Corrigan@boston.gov
Samuel.Dinning@boston.gov

**CITY OF CHICAGO, ILLINOIS**
MARY B. RICHARDSON-LOWRY
CORPORATION COUNSEL

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Assistant Corporation Counsel
Supervisor
BRADLEY R. RYBA
Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Ste. 580
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org

**CITY OF CLEVELAND, OHIO**
MARK GRIFFIN
Director of Law

*/s/ Shirley A. Tomasello*
SHIRLEY A. TOMASELLO
Assistant Director of Law
City of Cleveland Department of Law
601 Lakeside Avenue, Room 106
Cleveland, OH 44114-1077
(216) 664-3776
MGriffin@clevelandohio.gov
STomasello@clevelandohio.gov

**CITY OF COLUMBUS, OHIO**
ZACH KLEIN
CITY ATTORNEY

*/s/ Richard N. Coglianese*
RICHARD N. COGLIANESE
Assistant City Attorney
City of Columbus Department of Law
77 N. Front Street, 4th Fl.
Columbus, OH 43215
(614) 645-0818
RNCoglianese@columbus.gov

14

**CITY AND COUNTY OF DENVER, COLORADO**
MIKO ANDO BROWN
CITY ATTORNEY

*/s/ Kristin Brainerd*
KRISTIN BRAINERD
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, CO 80202
(720) 913-8050
Kristin.Brainerd@denvergov.org


**CITY OF LOS ANGELES, CALIFORNIA**
HYDEE FELDSTEIN SOTO
CITY ATTORNEY

*/s/ Jessica B. Brown*
JESSICA B. BROWN
Assistant City Attorney
201 N. Figueroa St., 13th Floor
Los Angeles, CA 90012
(213) 978-1864
Jessica.Brown@lacity.org

**HARRIS COUNTY, TEXAS**
JONATHAN G.C. FOMBONNE
COUNTY ATTORNEY

*/s/ Sarah Utley*
JONATHAN G.C. FOMBONNE
County Attorney
SARAH JANE UTLEY
Managing Counsel
Affirmative and Environmental Divisions
Harris County Attorney's Office
1010 Lamar, 11th Fl.
Houston, TX 77002
(832) 596-9786
Sarah.Utley@harriscountytx.gov


**MARTIN LUTHER KING, JR., COUNTY, WASHINGTON**
LEESA MANION
PROSECUTING ATTORNEY

*/s/ Christopher Sanders*
CHRISTOPHER SANDERS
General Counsel & Chief Legal Advisor to King County Executive
Girmay Zahilay
ERIN KING-CLANCY
Senior Deputy Prosecuting Attorney
Office of King County Prosecuting Attorney Leesa Manion
401 5th Avenue, Ste. 800
Seattle, WA 98104
(206) 477-9483
ChrSanders@kingcounty.gov
EClancy@kingcounty.gov

15

**CITY OF NEW YORK, NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Leia Seereeram*
LEIA SEEREERAM
Assistant Corporation Counsel
ALICE BAKER
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
LSeereer@law.nyc.gov
AlBaker@law.nyc.gov

**SANTA CLARA COUNTY, CALIFORNIA**
TONY LOPRESTI
COUNTY COUNSEL

/s/ *Cristina Stella*
CRISTINA STELLA
Deputy County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Fl.
San José, CA 95110
(408) 299-5900
Cristina.Stella@cco.sccgov.org

**CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA**
DAVID CHIU
CITY ATTORNEY

*/s/ Robb Kapla*
ROBB KAPLA
SOPHIA L. CAI
Deputy City Attorneys
City Hall, Room 234
1 Dr. Conrad B. Goodlett Place
San Francisco, CA 94102
(415) 554-4647
Robb.Kapla@sfcityatty.org
Sophia.Cai@sfcityatty.org

16

JASON RYLANDER
DAVID PETTIT
LAUREN PARKER
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, D.C.  20005
(510) 844-7100 (Pettit)
dpettit@biologicaldiversity.org

*Counsel for Petitioner Center
for Biological Diversity*

VERONICA SALTZMAN (D.C.
Cir. Bar 64096)
FRANCIS W. STURGES, JR. (D.C. Cir.
Bar 64964)
SHAUN A. GOHO (D.C. Cir. Bar
54655)
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA  02109
(617) 624-0234
vsaltzman@catf.us

*Counsel for Petitioners American Public
Health Association, Alliance of Nurses
for Healthy Environments, American
Lung Association, and Clean Wisconsin*

JAMES CROWLEY
Conservation Law Foundation
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI  02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Petitioner
Conservation Law Foundation*

HANA V. VIZCARRA
MARVIN C. BROWN IV
AMANDA LINEBERRY
Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C.  20005
(202) 667-4500
hvizcarra@earthjustice.org
mcbrown@earthjustice.org

*Counsel for Petitioners Center for
Community Action and Environmental
Justice, Clean Air Council, Friends of
the Earth, Physicians for Social
Responsibility, Rio Grande International
Study Center, and Union of Concerned
Scientists*

17

BRIAN H. LYNK
(D.C. Bar No. 459525)
Environmental Law & Policy
Center
740 15th Street NW, Suite 700
Washington, D.C.  20005
(240) 461-4241
blynk@elpc.org

*Counsel for Petitioner*
*Environmental Law & Policy Center*


ANDRES RESTREPO
JOSHUA BERMAN
Sierra Club
50 F Street NW, Eighth Floor
Washington, D.C.  20001
(856) 240-0964 (Restrepo)
andres.restrepo@sierraclub.org
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA  94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Petitioner Sierra Club*

ADINA H. ROSENBAUM
ALLISON M. ZIEVE
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C.  20009
(202) 588-1000
arosenbaum@citizen.org

*Counsel for Petitioner Public Citizen*

18

## CERTIFICATE OF COMPLIANCE

I hereby certify on this 16th day of June, 2026, that the foregoing Motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 603 words, excluding parts of the document exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) & (6) because this document has been prepared in 14-point Times New Roman font, a proportionally spaced typeface, using Microsoft Word.

*/s/ Rachel Heron*
Rachel Heron

## CERTIFICATE OF SERVICE

I hereby certify on this 16th day of June, 2026, that the foregoing Motion has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system, save for Mr. Worthington, who will be served by email per his request in ECF No. 2162370.

*/s/ Rachel Heron*
Rachel Heron