# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                       **September Term, 2025**

**EPA-91FR7686**

**Filed On:** June 17, 2026

American Public Health Association, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

American Free Enterprise Chamber of Commerce, et al.,
          Intervenors
------------------------------

Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, 26-1090

      **BEFORE:**    Millett and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed word limits, the motion to proceed using initials, and the lodged motion for stay pending appeal, it is

**ORDERED** that the motion to exceed word limits be granted.  The Clerk is directed to file the lodged motion for stay pending appeal.  It is

**FURTHER ORDERED** that the motion to proceed using initials be granted.  The petitioners in No. 26-1038 have demonstrated a concrete need for the parents of the minor petitioners to proceed using initials to protect the identity of the minor petitioners, and that this need outweighs the countervailing interests in full disclosure of the parents' identities.  See In re Sealed Case, 971 F.3d 324, 326-27 (D.C. Cir. 2020).  It is

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**                                    **September Term, 2025**

**FURTHER ORDERED** that the following schedule will now apply to the briefing of the stay motion in these cases:

Responses to Motion for Stay                         June 29, 2026

Reply in Support of Motion for Stay                  July 6, 2026

The parties are strongly encouraged to submit joint responses to the motion for stay and are directed to avoid duplicative filings and repetitious arguments.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk