# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1037**

**September Term, 2025**

**EPA-91FR7686**

**Filed On: July 8, 2026** [2182375]

American Public Health Association, et al.,

       Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

American Free Enterprise Chamber of
Commerce, et al.,
         Intervenors
------------------------------

Consolidated with 26-1038, 26-1039,
26-1043, 26-1051, 26-1061, 26-1083,
26-1090

## O R D E R

Upon consideration of the motion of petitioners in No. 26-1038 for an extension of time to file reply in support of motion for stay, it is

**ORDERED** that the motion for extension of time be granted.  Petitioners' reply is now due July 16, 2026.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Catherine J. Lavender
           Deputy Clerk