ORAL ARGUMENT NOT YET SCHEDULED

**Lead Case No. 26-1037; Member Case No. 26-1038 (consolidated cases)**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,
*Petitioners in No. 26-1037,*

and

ELENA VENNER, et al.,
*Petitioners in No. 26-1038,*

v.

ENVIRONMENTAL PROTECTION AGENCY and
LEE M. ZELDIN, Administrator,
U.S. Environmental Protection Agency,
*Respondents.*

AMERICAN FREE ENTERPRISE CHAMBER
OF COMMERCE, et al.,
*Intervenors.*

On Petitions for Review of a Final Rule of the Environmental Protection Agency
(No. EPA-91FR7686)

**CORRECTED MOTION OF ANDREA WULF FOR LEAVE TO FILE
BRIEF AS AMICUS CURIAE IN SUPPORT OF PETITIONERS
IN NO. 26-1038**

Gary DiBianco
LAWYERS FOR GOOD GOVERNMENT
1319 F St NW Ste 301, PMB 181; Washington, DC 20004
Tel. (404) 913-5529; gary@lawyersforgoodgovernment.org
    *Counsel for Amicus Curiae*

**CORPORATE DISCLOSURE STATEMENT**

Proposed amicus curiae Andrea Wulf is an individual and is not a corporation, association, joint venture, partnership, syndicate, or similar entity required to file a disclosure statement under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1.

**CERTIFICATE AS TO PARTIES, RULINGS, & RELATED CASES**

**A.    Parties.**

Petitioners in No. 26-1037: American Public Health Association; Alliance of Nurses for Healthy Environments; American Lung Association; Center for Biological Diversity; Center for Community Action and Environmental Justice; Clean Air Council; Clean Wisconsin; Conservation Law Foundation; Environmental Defense Fund; Environmental Law & Policy Center; Friends of the Earth; Natural Resources Defense Council, Inc.; Physicians for Social Responsibility; Public Citizen; Rio Grande International Study Center; Sierra Club; Union of Concerned Scientists.

Petitioners in No. 26-1038: Elena Venner; Ariela Lara; Emma Weibel; Katherine McIntosh; Lienna Lentfer; Maya Williams; Taylin Nishida; C.E., a minor, by and through her guardian B.K.; E.S., a minor, by and through his guardian K.S.; J.K., a minor, by and through his guardian L.K.; J.G., a minor, by and through her guardian T.L.; L.R.F., a minor, by and through her guardian A.F.;

1

L.D. and R.D., minors, by and through their guardian S.D.; M.B., a minor, by and through her guardian G.M.; M.D., a minor, by and through her guardian S.A.; N.N., a minor, by and through his guardian K.S.N.; N.G., a minor, by and through her guardian E.G. ("*Venner* Petitioners").

Petitioner in No. 26-1039: Business Climate Initiative Action d/b/a Zero Emission Transportation Association.

Petitioners in No. 26-1043: Metropolitan Congregations United for St. Louis and Missouri Coalition for the Environment.

Petitioner in No. 26-1051: Service Employees International Union.

Petitioners in No. 26-1061: Commonwealths of Massachusetts and Virginia; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; States of Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, Wisconsin; District of Columbia; United States Virgin Islands; Cities of Albuquerque, New Mexico; Boston, Massachusetts; Chicago, Illinois; Cleveland, Ohio; Columbus, Ohio; Los Angeles, California; and New York, New York; Counties of Harris, Texas; Martin Luther King, Jr., Washington; and Santa Clara, California; and Cities and Counties of Denver, Colorado, and San Francisco, California.

2

Petitioners in No. 26-1083: Alaska Institute for Justice, Chesapeake Bay Foundation, Chinik Eskimo Community, Native Village of Kwinhagak, Native Village of Nunapitchuk, Northeast Organic Farming Association of New York, WE ACT, West Virginia Highlands Conservancy, Wyoming Outdoor Council, Hoosier Environmental Council, Illinois Environmental Council, Iowa Environmental Council, Minnesota Environmental Partnership, Ohio Environmental Council, and Food & Water Watch.

Petitioner in No. 26-1090: Bay Area Air Quality Management District.

Respondents in these consolidated cases: U.S. Environmental Protection Agency and Administrator Lee M. Zeldin, in his official capacity.

Intervenors at the time of this filing in these consolidated cases: State of West Virginia; Commonwealth of Kentucky; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Missouri; State of Mississippi; State of Montana; State of Nebraska; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; State of Wyoming; Domestic Energy Producers Alliance; Western States Trucking Association, Inc.; Construction Industry Air Quality Coalition, Inc.; Liberty Packing Company, LLC; Nuckles Oil Company, Inc.; Truck and Engine

3

Manufacturers Association; National Federation of Independent Business; American Free Enterprise Chamber of Commerce; Illinois  Corn Growers Association; Iowa  Corn Growers Association; Kentucky  Corn Growers Association; Missouri  Corn  Growers Association; North Dakota Corn Growers Association; Tennessee  Corn Growers Association; NACCO Natural  Resources  Corporation;  CO2  Coalition;  American  Petroleum Institute; American Fuel & Petrochemical Manufacturers; Energy Marketers of America.

Amici Curiae at the time of this filing in these consolidated cases: Government Accountability & Oversight and Government Oversight & Education, d/b/a Protect the Public's Trust; Senators Ted Cruz and Cynthia M. Lummis; and The Alliance for Automotive Innovation.

### B.    Rulings Under Review.

This is an original action in this Court. Petitioners in each consolidated case seek review of the EPA's Repeal Rule, "*Rescission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act*," published at 91 Fed. Reg. 7686 (Feb. 18, 2026).

### C.    Related Cases.

*Venner* Petitioners' case has been consolidated with Nos. 26-1037, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, and 26-1090. Counsel is aware of no other

related cases within the meaning of Circuit Rule 28(a)(1)(C) that are currently pending in this or any other court.

## CORRECTED MOTION FOR LEAVE
## TO FILE BRIEF AS AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and D.C. Circuit Rule 29(b), Andrea Wulf respectfully moves this Court for leave to participate as amicus curiae and to file the accompanying proposed brief in support of the Petitioners in No. 26-1038 (the "Venner Petitioners"). In support of this motion, Wulf states as follows:

1.      Andrea Wulf is an author and historian trained as a design historian at the Royal College of Art in London. She has studied, written, and lectured extensively on the Founding Fathers of the United States and their relationship to nature. She is a three-time fellow of the International Center for Jefferson Studies at Monticello, was the 2013 Eccles British Library Writer in Residence, and has served since 2019 as a Miller Scholar at the Santa Fe Institute. Her book *Founding Gardeners: How the Revolutionary Generation Created an American Eden* examines the founding generation through the lens of gardens, landscapes, nature, and agriculture.

2.      Wulf has a direct scholarly interest in the historical issues raised by the Venner Petitioners' Fifth Amendment claims. Her proposed brief draws on her research concerning the founding generation's understanding of nature and its relationship to life, liberty, property, and posterity, and offers that historical perspective to assist the Court in evaluating the claims presented in this case.

1

3.      The proposed brief is desirable and relevant to the disposition of the case. The Venner Petitioners' substantive-due-process argument calls for a historical inquiry into whether the asserted interests are deeply rooted in the Nation's history and tradition and form part of the Nation's scheme of ordered liberty. Wulf's brief supplies specialized historical context concerning the first four Presidents, founding-era views of the natural world, James Madison's 1818 Address to the Agricultural Society of Albemarle, and other primary historical materials bearing on that inquiry. Her historical synthesis supplements the parties' legal arguments without merely repeating them.

4.      Counsel for Wulf has confirmed that Petitioners in the consolidated cases and Respondents do not oppose the filing of the proposed brief. Intervenor American Free Enterprise Chamber of Commerce does not consent to the filing of the proposed brief.

5.      A separate amicus brief is also appropriate under D.C. Circuit Rule 29(d). The amici already identified in the accompanying certificate have presented perspectives different from Wulf's proposed historical scholarship. Wulf's brief is focused on founding-era history and historical sources concerning nature and the constitutional concepts invoked by the Venner Petitioners. To Wulf's knowledge, no other amicus brief presents that same scholarly perspective, and a separate brief therefore would assist the Court without unnecessary duplication.

6.     The proposed amicus brief accompanies this motion as required by Federal Rule of Appellate Procedure 29(a)(3).

For these reasons, Andrea Wulf respectfully requests that the Court grant leave for her to participate as amicus curiae and accept the accompanying proposed brief in support of the Venner Petitioners.

Dated: August 12, 2026

*/s/* Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
1319 F St NW Ste 301, PMB 181
Washington, DC 20004
Tel. (404) 913-5529
gary@lawyersforgoodgovernment.org

*Counsel for Amicus Curiae*

3

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 27(d)(2), I certify that this filing contains 479 words, excluding the parts exempted by Fed. R. App. P. 32(f). This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced serif typeface using Microsoft Word with 14-point Times New Roman font.

Dated: August 12, 2026

*/s/* Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
1319 F St NW Ste 301, PMB 181
Washington, DC 20004
Tel. (404) 913-5529
gary@lawyersforgoodgovernment.org

4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the D.C. Circuit by using the

appellate CM/ECF system on August 12, 2026. I certify that all participants in this

case are registered CM/ECF users and that service will be accomplished by the

CM/ECF system.

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
1319 F St NW Ste 301, PMB 181
Washington, DC 20004
Tel. (404) 913-5529
gary@lawyersforgoodgovernment.org

5