# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** ELENA VENNER, et al.

v.

ENVIRONMENTAL PROT. AGENCY

**Case No:** 26-1038

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Andrea Wulf

### Counsel Information

Lead Counsel: Gary DiBianco

Direct Phone: ( 404 )  913-5529  Fax: (___) _____ - ____     Email: gary@lawyersforgoodgovernment.org

2nd Counsel:

Direct Phone: (___) _____ - ____  Fax: (___) _____ - ____     Email:

3rd Counsel:

Direct Phone: (___) _____ - ____  Fax: (___) _____ - ____     Email:

Firm Name:  LAWYERS FOR GOOD GOVERNMENT

Firm Address: 1319 F St NW Ste 301, PMB 181; Washington, DC 20004

Firm Phone: ( 404 )  913-5529  Fax: (___) _____ - ____     Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)