**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator of the U.S. Environmental Protection Agency,<br><br>Respondents. | No. 26-1037 (and consolidated cases) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Joseph Brau withdraws his appearance as counsel for Petitioner Natural Resources Defense Council ("NRDC") in the above-captioned case. The basis for the withdrawal is that Mr. Brau's fellowship with NRDC has concluded. NRDC will continue to be represented in this matter by the undersigned counsel.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Meredith J. Hankins*

MEREDITH J. HANKINS
RACHEL HERON
DAVID DONIGER
JULIA FORGIE
ATID KIMELMAN
GAVIN MCCABE
GLENDA VALDEZ
ABIRAMI VIJAYAN

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(646) 448-3818
mhankins@nrdc.org

*Counsel for Natural Resources Defense Council*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I filed the foregoing document with the Clerk of the Court through this Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: September 3, 2026 *<u>/s/ Meredith J. Hankins</u>*