Nos. 26-1037, 26-1038, 26-1083

# United States Court of Appeals
# For the District of Columbia Circuit

AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

## Motion to Withdraw

Noah P. Watson, counsel for the State of Arkansas, respectfully moves to withdraw as an attorney of record in these matters. Mr. Watson will be leaving the employment of the Office of the Arkansas Attorney General to enter private practice. The State of Arkansas will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Respectfully Submitted,

TIM GRIFFIN
Arkansas Attorney General

Noah P. Watson
Deputy Solicitor General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
noah.watson@arkansasag.gov

## CERTIFICATE OF SERVICE

I certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ Noah P. Watson
Noah P. Watson

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 65 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point, proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF was scanned for viruses, and no viruses were found on the file.

/s/ Noah P. Watson
Noah P. Watson