**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,**<br><br>***Petitioners*,**<br><br>**v.**<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.***<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 26-1037 (and consolidated cases)** |

---

**STATE OF TEXAS' NOTICE OF**
**SUBSTITUTION OF COUNSEL**

---

Please take notice that Clark C. Reeder, Assistant Attorney General, provides notice of his appearance as counsel for the State of Texas, replacing Wesley S. Williams who has ended his service with the Office of the Attorney General of Texas. Mr. Reeder will serve as counsel of record for the State of Texas, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon him.

Dated: October 29, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

WILLIAM D. WASSDORF
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

***/s/ Clark C. Reeder***
CLARK C. REEDER
Assistant Attorney General
D.C. Circuit Bar No. 67507
Clark.Reeder@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

***Counsel for Intervenor State of Texas***

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

***/s/ Clark C. Reeder***
CLARK C. REEDER