**No. 26-1037**
**(and consolidated cases)**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**AMERICAN PUBLIC HEALTH ASSOCIATION, ET AL.,**
***Petitioners,***

***v.***

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,**
***Respondents.***

---

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Eric Heigis has ended his service with Texas Public Policy Foundation, and therefore withdraws his appearance as counsel for Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc., Liberty Packing Company, LLC, and Nuckles Oil Company, Inc., d/b/a Merit Oil Company in these consolidated matters. Western States Trucking Association, Inc., Construction Industry Air Quality Coalition, Inc., Liberty Packing Company, LLC, and Nuckles Oil Company, Inc., d/b/a Merit Oil Company will continue to be represented by Robert Henneke, Chance Weldon, Theodore Hadzi-Antich, and Laura Elizabeth King Latimer.

Date: November 5, 2026

Respectfully submitted,

*/s/Theodore Hadzi-Antich*

ROBERT HENNEKE
rhenneke@texaspolicy.com
CHANCE WELDON
cweldon@texaspolicy.com
THEODORE HADZI-ANTICH
tha@texaspolicy.com
LAURA ELIZABETH KING LATIMER
lblatimer@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700

*Counsel for Intervenor Respondents WSTA, CIAQC, Liberty Packing, & Nuckles Oil Co. d/b/a Merit Oil Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/Theodore Hadzi-Antich*
THEODORE HADZI-ANTICH