# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Public Health Association

v.

United States Environmental Protection Ag

**Case No:** 26-1037 (and consolidated c

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◉ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

State of Alaska

### Counsel Information

Lead Counsel: Laura Wolff

Direct Phone: (907) 269-5100 Fax: (907) 276-3697 Email: laura.wolff@alaska.gov

2nd Counsel:

Direct Phone: (____) __________ Fax: (____) __________ Email:

3rd Counsel:

Direct Phone: (____) __________ Fax: (____) __________ Email:

Firm Name:

Firm Address: 1031 W. Fourth Avenue, Suite 200 Anchorage, AK 99501

Firm Phone: (____) __________ Fax: (____) __________ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.