**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents,<br><br>AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, et al.,<br><br>Intervenors | Case No. 26-1037 (and consolidated cases) |

**MOTION TO WITHDRAW COUNSEL**

The State of Alaska respectfully requests this Court withdraw Jenna M. Lorence as counsel in this case. Ms. Lorence has left the State's employment. The State will continue to be represented by Laura Wolff, who entered an appearance earlier today.

DATED: November 13, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: /s/Laura Wolff
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5100
Facsimile: (907) 276-3697
Email: laura.wolff@alaska.gov

**Certificate of Service**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Laura Wolff*
Laura Wolff
Assistant Attorney General