ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Public Health Association, et al.,

Petitioners,

v.

U.S. Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents.

Case No. 26-1037 and consolidated cases

**Notice of Withdrawal of Counsel**

Please take notice that Robert Stander hereby withdraws as counsel of record for Respondents in these consolidated cases. Respondents will continue to be represented by Sue Chen and Daniel Martin.

Submitted on November 18, 2026

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
Daniel J. Martin
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW

Washington, D.C. 20530
(202) 598-5334 (Chen)
(202) 598-1869 (Martin)
sue.chen@usdoj.gov
daniel.martin3@usdoj.gov